IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00194-MSK-MEH

THOMAS C. ARMSTRONG,

    Plaintiff,

v.

DANIEL SWANSON,
JARROD FOUST,
JOHN CHRISTY,
JONATHAN RYAN,
TIMOTHY CUEVA,
JOHN DOES (Denver Police Officers, Whose True Names and Identities are Unknown), and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Unopposed Motion to Withdraw as Counsel (Supplemental With Proposed Order) **(#19).** The Motion is **GRANTED.** Mark K. Burton and Randy C. Canney are withdrawn as counsel of record for Plaintiff.

Plaintiff is advised that, unless and until a new attorney enters an appearance on his behalf, he is personally responsible for continuing to defend and prosecute the claims in this case. That responsibility includes, but is not limited to, reviewing and complying with all past and present court orders and complying with any deadlines created by the Federal Rules of Civil Procedure, the District of Colorado Local Rules of Civil Procedure, this Court's Practice Standards, and any other rules that may be applicable. Failure to comply with orders or deadlines may result in the imposition of sanctions, up to an including entry of default on the claims asserted against him, and

dismissal of his counterclaims.

DATED this 11th day of March, 2008.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge