IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00194-MSK-MEH

THOMAS C. ARMSTRONG,

    Plaintiff,

v.

DANIEL SWANSON,
JARROD FOUST,
JOHN CHRISTY,
JONATHAN RYAN,
TIMOTHY CUEVA,
JOHN DOES (Denver Police Officers, whose true names and identities are unknown), and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2009.**

    Defendants' Motion to Amend Scheduling Order [filed March 12, 2009; docket #53] is **granted in part and denied in part**. For good cause shown, the Scheduling Order shall be amended as follows:

Discovery cutoff:       April 15, 2009
Dispositive Motions due:    April 30, 2009

All other deadlines and conference dates shall remain the same.