IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00194-MSK-MEH

THOMAS C. ARMSTRONG,

     Plaintiff,

v.

DANIEL SWANSON,
JARROD FOUST,
JOHN CHRISTY,
JONATHAN RYAN,
TIMOTHY CUEVA,
JOHN DOES (Denver Police Officers, whose true names and identities are unknown), and
THE CITY AND COUNTY OF DENVER,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2009.**

     Having no objections from the Plaintiff, Defendants' Motion to Compel Discovery Responses [filed February 26, 2009; docket #49] is **granted**. Plaintiff shall file responses to Defendants' discovery requests **on or before March 31, 2009**.