IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00194-MSK-MEH

THOMAS C. ARMSTRONG,

    Plaintiff,

v.

DANIEL SWANSON,
JARROD FOUST,
JOHN CHRISTY,
JONATHAN RYAN,
TIMOTHY CUEVA,
JOHN DOES (Denver Police Officers, whose true names and identities are unknown), and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2009.**

    Having no objection from the Plaintiff and for good cause shown,[1] Defendants' Motion for Entry of Protective Order [filed March 26, 2009; docket #59] is **granted**. A Protective Order is filed contemporaneously with this minute order.

---

    [1] The Court ordered that Plaintiff respond to the motion on or before April 1, 2009, but no response was filed.