IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00194-MSK-MEH

THOMAS C. ARMSTRONG,

        Plaintiff,

v.

DANIEL SWANSON,
JARROD FOUST,
JOHN CHRISTY,
JONATHAN RYAN,
TIMOTHY CUEVA,
JOHN DOES (Denver Police Officers, Whose True Names and Identities are Unknown), and
THE CITY AND COUNTY OF DENVER,

        Defendants.

## ORDER TO CURE DEFICIENCY

Krieger, Judge

        Plaintiff submitted a Notice of Appeal on July 13, 2009 . The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X   is not submitted
      ___  is not on proper form (must use the court's current form)
      ___  is missing original signature by plaintiff/petitioner on motion
      ___  is missing affidavit
      ___  affidavit is incomplete
      ___  is missing original signature by plaintiff/petitioner on affidavit

    __    affidavit is not notarized or is not properly notarized
    __    other_____

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

**FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 15th day of July, 2009.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge